**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:19CR00034-KDB-DSC-2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| **DONALD IKENNA ECHEAZU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **DONALD IKENNA ECHEAZU**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 20, 2020

Kenneth D. Bell
United States District Judge