IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:19-CR-00034-KDB-SCR

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| DONALD IKENNA ECHEAZU, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition for Revocation of Supervised Release (Doc. No. 79). For the reasons stated in the Motion, the Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the petition seeking to revoke the Defendant's supervised release is **DISMISSED**.

**SO ORDERED.**

Signed: February 26, 2024

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge

1